(October 31, 1967)

In the Matter of the Claim of IRWIN LIEBERMAN, Respondent. TORGINOL OF AMERICA, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—AULISI, J.

Gibson, P. J.,

1062

Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.